No. 93–1079. UNITED STATES *v.* PRICE. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Custis* v. *United States, ante,* p. 485.

No. 93–6045. STARKES *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Staples* v. *United States, ante,* p. 600.

No. 93–7816. ROSS *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Staples* v. *United States, ante,* p. 600.

No. 93–892. NTA GRAPHICS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. [Certiorari granted, 510 U. S. 1162.] Motion of the Solicitor General to vacate and remand granted. Judgment vacated as moot, and case remanded to the Court of Appeals with instructions to remand the case to the National Labor Relations Board to vacate the Board's order in case No. 8–CA–24277 and to vacate the certification of the Union on which that order was based. See *United States* v. *Munsingwear, Inc.,* 340 U. S. 36, 39–40 (1950); *A. L. Mechling Barge Lines, Inc.* v. *United States,* 368 U. S. 324, 329–331 (1961); *Board of Governors, FRS* v. *Security Bancorp,* 454 U. S. 1118 (1981).

No. — — ——. DAVID *v.* HUDACS, COMMISSIONER OF LABOR OF NEW YORK. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.